# New Director of Civil Rights Division Appointed in Bexar County District Attorney's Office

*"A Continued Commitment to Fairness and Accountability in Law Enforcement"*

The Bexar County District Attorney's Office is pleased to announce the appointment of Jeff Mulliner as the new Director of the Civil Rights Division. Established in October 2020, the Civil Rights Division handles officer-involved shootings, custodial deaths, and allegations of excessive use of force by law enforcement. Mulliner succeeds Daryl Harris, who has significantly contributed to the Division's success and will remain a valued member of the District Attorney's Office.

Jeff Mulliner rejoined the Bexar County District Attorney's Office in 2023 as a First Chair Prosecutor in the Criminal Trial Division. With over 30 years of legal experience, Mulliner has distinguished himself as both a prosecutor and defense attorney. His career began at the Bexar County District Attorney's Office, where he quickly rose to chief district court prosecutor, successfully trying numerous high-profile cases. He later served as President of the San Antonio Criminal Defense Lawyers Association before returning to prosecution.

District Attorney Joe Gonzales expressed confidence in Mulliner's appointment, "Jeff brings a wealth of experience, a strong commitment to justice, and an unwavering dedication to civil rights. His extensive background in both prosecution and defense uniquely positions him to lead our Civil Rights Division with fairness and integrity. With his skills and dedication, I know he will successfully continue the important work initiated by his predecessor."

Daryl Harris, who has led the Civil Rights Division since its inception, will continue to play a significant role in the Bexar County District Attorney's Office. Reflecting on his tenure, Harris stated, "The establishment of the Civil Rights Division was a necessary step toward ensuring transparency and fairness in our community. I am confident that Jeff will uphold these values and lead the Division to greater heights."

The Civil Rights Division consists of two prosecutors, an investigator, and an advocate who report directly to District Attorney Gonzales.

###