# San Antonio Express-News

**NEWS**

1h ago

# After three 3 months, chief of civil rights division at the Bexar County DA's Office resigns

By **Gabriella Ybarra**, *fStaffffwriter*

Nov 4, 2024



Prosecutor Charles "Jeff" Mulliner testifies during a hearing to recuse Judge Stephanie Boyd from presiding over the trial for the three former San Antonio police officers charged in the death of Melissa Perez on Sept. 26. Mulliner recently announced his resignation. His last day will be Nov. 14.

Josie Norris/San Antonio Express-News

After three months on the job, the head of the civil rights division at the Bexar County District Attorneys office has resigned.

Jeff Mulliner announced his resignation last week, Bexar County District Attorney Joe Gonzales said.

Mulliner, who was hired last year, was appointed chief of the Bexar County Civil Rights Division on July 31.

His last day will be Nov. 14.

No reason for the resignation has been shared.

"Out of respect for the privacy of Mr. Mulliner and his family, we cannot comment further than to say we appreciate the outstanding work he provided as a member of the Bexar County District Attorney's Office," Gonzales told the Express-News.

In a statement, Gonzales said the office would be looking for a replacement immediately to avoid delays in pending cases.

The division, which was approved for funding by the Bexar County Commissioner's court in 2020, handles cases related to officer-involved shootings, custodial deaths and allegations of excessive use of force by law enforcement.

 

**Gabriella Ybarra**
COURTHOUSE REPORTER

Gabriella Ybarra is the courthouse reporter for the San Antonio Express-News. She can be reached at gabriella.ybarra@express-news.net. She has journalism degrees from Texas State University and The University of Texas at Austin.