NO. 2024CR2701

| | |
|---|---|
| THE STATE OF TEXAS | IN THE DISTRICT COURT |
| VS. | 437TH DISTRICT COURT |
| BRENNAND, JAMES | BEXAR COUNTY TEXAS |

FINAL SCHEDULING ORDER

On the _14_ day of October 2024, the Court enters the following order pursuant to Article 28.01 of the Texas Code of Criminal Procedure, in the above reference cause:

| Date | Action |
|---|---|
| MARCH 07, 2025 | Discovery Deadline |
| MARCH 20, 2025 | Pre-trial motions must be filed. |
| APRIL 3, 2025 | Pre-trial matters will be heard. |
| APRIL 10, 2025 | Docket call |
| APRIL 11, 2025 | Voir Dire begins |
| APRIL 14, 2025 | Trial Date |

The clerk is ordered to serve this order upon counsel for the State and Defense.

SIGNED and ENTERED this _14_ day of _October_, 20_24_

Judge Presiding
JOEL PEREZ

Agreed:
Defense Attorney

State Attorney