**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ERIK CANTU, JR. AND<br>EMILY PROULX,<br><br>　　　　**Plaintiffs,**<br><br>vs.<br><br>JAMES BRENNAND AND<br>CITY OF SAN ANTONIO,<br><br>　　　　**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION No: 5:24-cv-382** |

## PROPOSED AMENDED JOINT SCHEDULING ORDER

Pursuant to the Court's Order on December 12, 2024, (Dkt. No. 29) ordering the Parties to confer and submit a new proposed scheduling order, the parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

### MOTIONS FOR LEAVE TO AMEND PLEADINGS

The deadline for Plaintiff(s) to file a motion seeking leave to amend pleadings; or to join parties is **June 6, 2025.**

The deadline for Defendant(s) to file a motion (1) to designate responsible third parties, pursuant to Texas Civil Practices & Remedies Code § 33.004(a); (2) seeking leave to amend pleadings; or (3) to join parties is **June 20, 2025.**

### EXPERTS

All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **July 11, 2025**.

Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **August 12, 2025.**

All parties shall file all designations of rebuttal experts and serve on all parties the material required by Fed. R. of Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fifteen (15) days of receipt of the report of the opposing expert.

The deadline for filing supplemental reports required under Fed. R. Civ. P. 26(e) is **November 12, 2025**.

## COMPLETION OF DISCOVERY

Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

The deadline for the completion of all discovery is **December 5, 2025**.

## ALTERNATIVE DISPUTE RESOLUTION/MEDIATION

The parties must mediate this case on or before **January 6, 2026,** and file a report in accordance with Rule 88 within seven days after the mediation is completed.

All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the proceedings.

If a settlement is reached, the parties should immediately notify the Court so the case may be removed from the Court's trial docket.

## WITNESS LIST, EXHIBIT LIST, AND PRETRIAL DISCLOSURES

The deadline for filing Rule 26(a)(3) disclosures is **March 20, 2026**.

The deadline for filing objections under Rule (26)(a)(3) is **April 3, 2026**.  Any objections not made will be deemed waived.

## PRETRIAL MOTIONS

No motion (other than a motion in limine) may be filed after this date except for good cause. The deadline to file motions (including dispositive motions and Daubert motions) is **January 21, 2026**. This deadline is also applicable to the filing of any summary judgment motion under Fed. R. Civ. P. 56 and any defense of qualified immunity.  Leave of court is automatically given to file motions, responses, and replies not to exceed 30 pages in length. Fed. R. Civ. P. 6(d) does not apply to the time limits set forth in Local Rule CV-7 for responses and replies to motions.

## JOINT PRETRIAL ORDER AND MOTION IN LIMINE

The deadline to file a Final Joint Pretrial Order and any motion *in limine* is **April 17, 2026.**

All attorneys are responsible for preparing the Final Joint Pretrial Order, which must contain the following:

(1) a short statement identifying the Court's jurisdiction. If there is an unresolved jurisdictional question, state it;

(2) a brief statement of the case, one that the judge could read to the jury panel for an introduction to the facts and parties;

(3) a summary of the remaining claims and defenses of each party;

(4) a list of facts all parties have reached agreement upon;

(5) a list of contested issues of fact;

(6) a list of the legal propositions that are not in dispute;

(7) a list of contested issues of law;

(8) a list of all exhibits expected to be offered. Counsel will make all exhibits available for examination by opposing counsel. All documentary exhibits must be exchanged before the final pre-trial conference. The exhibit list should clearly reflect whether a particular exhibit is objected to or whether there are no objections to the exhibit;

(9) a list of the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony;

(10) an estimate of the length of trial;

(11) for a jury trial, include (a) proposed questions for the voir dire examination, and (b) a proposed charge, including instructions, definitions, and special interrogatories, with authority;

(12) for a nonjury trial, include (a) proposed findings of fact and (b) proposed conclusions of law, with authority;

(13) the signatures of all attorneys; and

(14) a place for the date and the signature of the presiding judge.

## FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference shall be held on _____. Date and time determined by the Judge.

Motions in limine, if any, will be heard on this date. Counsel should confer prior to this hearing on any issues raised in a motion in limine or the Joint Pretrial Order. Any party intending to use a demonstrative exhibit should provide the same to opposing counsel at least 3 days prior to the Final Pretrial conference so that if any objections or issues are raised about the demonstrative exhibit, they can be addressed at the final pretrial conference.

## TRIAL

The Trial Date is determined by the Court but **No sooner than May 1, 2026**.

**It is so ORDERED.**

    **SIGNED** this _____, 2025.

                                                 _____
                                                 HONORABLE XAVIER RODRIGUEZ
                                                 UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Paul A. Grinke*
Paul A. Grinke
State Bar No. 24032255
paul@bencrump.com
Aaron Dekle
State Bar No. 24100961
aaron@bencrump.com
**BEN CRUMP LAW, PLLC**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
Telephone: (972) 942-0494
Facsimile: (800) 770-3444

Robert C. Hilliard
Federal Bar No. 5912
bobh@hilliard-law.com
Michael Richardson
Federal Bar No. 23630
mrichardson@hilliard-law.com
Matthew L. McMullen, Esq.
State Bar No. 24135994 (*federal admission pending*)
mmcmullen@hilliard-law.com
Leslie M. Bearden
State Bar No. 24079488 (*federal admission pending*)
lbearden@hilliard-law.com


**HILLARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
*Service@hilliard-law.com

Carl Evans, Jr.
State Bar No. 24056989
cevans@mccathernlaw.com
Asher K. Miller
State Bar No. 24131512
amiller@mccathernlaw.com
**MCCATHERN, PLLC**
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Elizabeth Guerrero-Southard w/ permission*
Elizabeth Guerrero-Southard
State Bar No. 24032376
elizabeth.guerrero-southard@sanantonio.gov
Cassandra Correa
State Bar No. 24093920
Cassandra.Correa@sanantonio.gov
**CITY OF SAN ANTONIO**
Office of the City Attorney, Litigation Division
International Center
203 S. St. Mary's St., 2nd Floor
San Antonio, Texas 78205
Telephone: (210) 207-2108
Facsimile: (210) 207-4357

**ATTORNEYS FOR DEFENDANT**
**CITY OF SAN ANTONIO**

***/s/ James Brennand w/ permission***
James Brennand
13127 Winemaker Drive
San Antonio, Texas 78223
Telephone: (210) 990-5390
James.r.brennand@gmail.com

**DEFENDANT PRO SE**